UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY
AND MK, AN INFANT BY HER MOTHER
AND NATURAL GUARDIAN, MOLLY
KEATHLEY,
                Plaintiffs,

        - against -                                  **ORDER**

KENNEDY ANNOR, SURINDER K. GERA
SAMUEL H. KIM and MARK P. RINGO,            19 CV 9516 (KNF)

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the initial pretrial conference, scheduled previously for May 13, 2020, in the above-captioned action, is adjourned. The parties have asked the Court to conduct an infant compromise hearing; such a hearing, at this time, must take place remotely. Consequently, the parties are directed to propose three dates upon which all parties are available to participate in such a conference.

Dated:  New York, New York                SO ORDERED:
          May 12, 2020

                                                          _/s/ Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:    parties _____    non-parties _____

3. Number of depositions by defendant(s) of:    parties _____    non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____    non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____. (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____.

10.     Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11.     Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? \_\_\_\_ If yes, please provide a short statement of the limitation(s) needed.

12.     Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? \_\_\_\_ If yes, please provide a short statement of the issue(s).

Date:                                                                 Date:

_____        _____
Signature of *Pro Se* Plaintiff or                Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)