UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY
AND MK, AN INFANT BY HER MOTHER
AND NATURAL GUARDIAN, MOLLY
KEATHLEY,

          Plaintiffs,

  - against -                              **ORDER**

KENNEDY ANNOR, SURINDER K. GERA
SAMUEL H. KIM and MARK P. RINGO,        19-CV-9516 (KNF)

          Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By an order dated May 12, 2020, the parties were "directed to propose three dates upon which all parties are available to participate in" an infant compromise hearing, which will be conducted remotely. See Docket Entry No. 12. The parties have not complied with that order, as of this date. Therefore, IT IS HEREBY ORDERED that on or before June 26, 2020, the parties comply with the Court's May 12, 2020 order.

Dated: New York, New York                SO ORDERED:
       June 19, 2020

                                              *Kevin Nathaniel Fox*
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:            parties _____    non-parties _____

3. Number of depositions by defendant(s) of:       parties _____    non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____        non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____. (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

2

9.  Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____.

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                    Date:

_____        _____
Signature of *Pro Se* Plaintiff or                Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)