UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY
AND MK, AN INFANT BY HER MOTHER
AND NATURAL GUARDIAN, MOLLY
KEATHLEY,
                Plaintiffs,

       - against -                                      **ORDER**

KENNEDY ANNOR, SURINDER K. GERA
SAMUEL H. KIM and MARK P. RINGO,            19-CV-9516 (KNF)

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties have proposed dates on which they will be available to participate in an infant compromise hearing. See Docket Entry No. 15. However, the docket sheet maintained by the Clerk of Court for this action does not reflect that the submissions that must be made prior to convening such a hearing, that are described in New York Civil Practice Law and Rules ("CPLR") Sections 1207 and 1208, have been filed. Therefore, the parties shall review CPLR §§ 1207 and 1208 and, thereafter, on or before July 10, 2020, file the requisite documents with the Clerk of Court.

Dated: New York, New York              SO ORDERED:
       June 26, 2020

                                            _/s/ Kevin Nathaniel Fox_
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:        parties _____    non-parties _____

3. Number of depositions by defendant(s) of:       parties _____    non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____    non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____. (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B.  All discovery is to be initiated so as to be completed on or before the date the**

2

**parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____.

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                                    Date:

_____                 _____
Signature of *Pro Se* Plaintiff or                        Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)