UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY   :
and MK, an infant by her mother and natural
Guardian, MOLLY KEATHLEY,        :

               Plaintiffs,    :    **ORDER**

               v.    :
                                                    19-CV-9516 (KNF)

KENNEDY ANNOR, SURINDER K. GERA,   :
SAMUEL H. KIM and MARK P. RINGO,

                                 :
             Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On September 4, 2020, the Court denied the petitioner's motion for settlement approval, without prejudice, based on procedural deficiencies and directed the petitioner to submit to the Court the retainer agreement the plaintiffs entered into with counsel and the proposed settlement agreement. See Docket Entry No. 22. On or before October 5, 2020, the petitioner shall file the revised petition correcting the deficiencies, which shall include the documents requested by the Court's September 4, 2020 order.

Dated: New York, New York                      SO ORDERED:
       September 28, 2020

                                                                      _/s/ Kevin Nathaniel Fox_
                                                                      KEVIN NATHANIEL FOX
                                                                      UNITED STATES MAGISTRATE JUDGE