UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY
AND MK, AN INFANT BY HER MOTHER
AND NATURAL GUARDIAN, MOLLY
KEATHLEY,
                Plaintiffs,

        - against -                                  **ORDER**

KENNEDY ANNOR, SURINDER K. GERA
SAMUEL H. KIM and MARK P. RINGO,            19-CV-9516 (KNF)

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference shall be held in the above-captioned action on November 10, 2020, at

2:00 p.m. The parties shall use call-in number (888) 557-8511 and access code 4862532.

Dated: New York, New York                SO ORDERED:
       November 2, 2020

                                                   _/s/ Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE

**INITIAL CONFERENCE QUESTIONNAIRE**

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:       parties _____    non-parties _____

3. Number of depositions by defendant(s) of:     parties _____    non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____    non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____. (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____.

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                                    Date:

_____                    _____
Signature of *Pro Se* Plaintiff or                              Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)