```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRAIG KEATHLEY, MOLLY KEATHLEY      :
and MK, an infant by her mother and natural
Guardian, MOLLY KEATHLEY,           :

                 Plaintiffs,        :
                                                              ORDER
         v.                         :
                                                              19-CV-9516 (KNF)
KENNEDY ANNOR, SURINDER K. GERA,    :
SAMUEL H. KIM and MARK P. RINGO,
                                    :
                 Defendants.
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The infant compromise order has been filed with the Clerk of Court under seal. Counsel to the plaintiffs is directed to file electronically with the Clerk of Court a copy of the infant compromise order, signed by the Court, with the infant's name redacted.

Dated:  New York, New York            SO ORDERED:
        February 18, 2021

                                      _____
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE

1